UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY ANDERSON,

    Plaintiff,

v.

FATTOUSH CAFE,

    Defendant.
_____/

Case No. 3:16-cv-01429
Hon. Denise Page Hood

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on May 16, 2017, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 16th day of May, 2017.

                                CLERK OF THE COURT

                                By: s/Julie Owens
                                      Deputy Clerk

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION